IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CHARLES B. FLICKINGER; BENJAMIN D. FLICKINGER; and CHARLES B. FLICKINGER, as parent of A.R.F., his minor child, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, a Delaware limited liability company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case Number: 17-CV-126-J |

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

THE COURT, having fully considered the parties' Stipulated Motion to Dismiss with Prejudice (ECF 31), hereby GRANTS this motion.

Plaintiffs' claims are DISMISSED, with prejudice, and each party is to bear its own costs and attorney's fees.

DATED this 13th day of March, 2018.

BY THE COURT:

ALAN B. JOHNSON
UNITED STATES DISTRICT COURT

1